# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01072-REB-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

MARK WINNEMUELLER, President,
WINNTECH SYSTEMS, INC.,

    Respondent.

## FINAL ENFORCEMENT ORDER

**Blackburn, J.**

    Having considered the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits, this Court finds as follows:

    1.    On January 14, 2008, the Internal Revenue Service ("IRS") issued a summons to Mark Winnemueller, President, Winntech Systems, Inc. (hereafter "Respondent").

    2.    The IRS summons was issued to Respondent for a legitimate purpose — to obtain information concerning collection of the federal income tax liability for the years ending December 31, 2005 and December 31, 2006.

    3.    The above-listed tax periods were specified in the IRS summons served on Respondent.

1

4. The testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Declaration of Service (Doc. 3), Respondent was served on May 28, 2008 with an Order to Show Cause that was issued by the Court on May 27, 2008 and a copy of the Petition.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

**IT IS, THEREFORE, ORDERED** that Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 10225 Westmoor Drive, Suite 200, Westminster, Colorado 80021 before Revenue Officer Bruce Madden, telephone number (720) 956-4731 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than **August 19, 2008**, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons.

On entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated July 11, 2008.

       **BY THE COURT:**

       **s/ Robert E. Blackburn**
       **ROBERT E. BLACKBURN**
       **UNITED STATES DISTRICT JUDGE**