**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-01072-REB-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

MARK WINNEMUELLER, PRESIDENT WINNTECH SYSTEMS, INC.,

    Respondent.

_____

**MINUTE ORDER**[1]

_____

    The matter comes before the court on the government's **Motion To Vacate Show Cause Hearing Set For May 1, 2009** [#13], filed March 2, 2009.  The motion is **GRANTED**, and the show cause hearing is **VACATED**.

    Dated:  March 2, 2009

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.